AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 13 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARRIZALES IV, Rocky | ) | Case No. DR16-10559M-01 |
| 02/10/1989 | ) | |
| Carrizo Springs, TX | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2016-10-12__ in the county of __Dimmit__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | unlawfully, knowingly and willfully possessed with intent to distribute less than 5 grams of crystal methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, USC section 841 (a) (1). |

This criminal complaint is based on these facts:

See Attachment 1

☒ Continued on the attached sheet.

_____
Complainant's signature

Bjoern Schreiner
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/13/2016

City and state: Del Rio, Texas

_____
Judge's signature

Collis White
United States Magistrate Judge
Printed name and title

DR16-10559M-01

## Attachment 1 – United States of America vs Rocky CARRIZALES IV

A cooperating defendant provided information that Rocky CARRIZALES IV was distributing narcotics in Carrizo Springs, Texas. At three different times on October 11, 2016, the Dimmit County Sheriff's Office conducted controlled narcotics purchases from CARRIZALES IV.

On all occasions, CARRIZALES agreed to sell narcotics to a cooperating defendant.

On October 11, 2016 at approximately 11:18 AM, CARRIZALES IV sold approximately 0.4 grams of a white crystallized substance, suspected to be crystal methamphetamine, packaged in a small clear plastic baggie, to a cooperating defendant for $40 US Dollars at 1778 FM 1556 in Carrizo Springs, Texas.

On October 11, 2016 at approximately 5:53 PM, CARRIZALES IV sold approximately 0.5 grams of a white crystallized substance, suspected to be crystal methamphetamine, packaged in a small clear plastic baggie, to a cooperating defendant for $50 US Dollars at 1778 FM 1556 in Carrizo Springs, Texas

On October 11, 2016 at approximately 6:40 PM, CARRIZALES IV sold approximately 0.3 grams of a white crystallized substance, suspected to be crystal methamphetamine, packaged in two small clear plastic baggies, to a cooperating defendant for $40 US Dollars at 1778 FM 1556 in Carrizo Springs, Texas.

All three baggies of suspected narcotics were field-tested utilizing Narcotics Identification Kits. All three returned positive for the chemical characteristics of methamphetamine.

All of these transactions were audio and video recorded.